UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KRISTINA DANIELLE EHRHART | CIVIL ACTION |
| VERSUS | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | NO.: 13-360-BAJ-SCR |

RULING AND ORDER

On January 30, 2015, United States Magistrate Judge Stephen C. Riedlinger issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the Court affirm the Commissioner of the Social Security Administration's decision denying Plaintiff Kristina Danielle Ehrhart's ("Ehrhart") applications for disability benefits and supplemental security income benefits, and dismissing Ehrhart's appeal. **(Doc. 15.)**

The Magistrate Judge's Report and Recommendation specifically notified Ehrhart that, pursuant to 28 U.S.C. § 636(b)(1), she had fourteen (14) days from the date she was served with the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. **(Doc. 15** at p. 1.) A review of the record indicates that Ehrhart failed to submit written objections.

Having carefully considered the Magistrate Judge's Report and Recommendation, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 15)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Commissioner of the Social Security Administration's decision denying Plaintiff Kristina Danielle Ehrhart's applications for disability benefits and supplemental security income benefits is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED**, with prejudice.

Baton Rouge, Louisiana, this 18th day of March, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA